# Exhibit B

| | |
|---|---|
| **From:** | gnman4 <gnman4@yahoo.com> |
| **Sent:** | Monday, April 04, 2022 7:41 AM |
| **To:** | Swink, Ryan |
| **Cc:** | gn man |
| **Subject:** | Acknowledgement of receipt of Motion to Dismiss for 3:22-CV-34 |

[Caution: Email received from external source]

Hello Ryan,

I am acknowledging that I received the March 18, 2022 letter by Carolyn Russell apprising me of your intention to file a Motion to Dismiss and the basis for it. I do not intend to amend my complaint.

It is my understanding that we must also confer in person on this matter, so I will call your office later today and confer by phone.

I do prefer that all communication between us be in writing whenever possible. I will continue to address Ryan Swink as he is the attorney of record on the docket.

Cordially,

Brian Chancey