Brian Chancey
Plaintiff in *Propria Persona*
3117 Encino Avenue
Bay City, Texas 77414
phone: 832-863-4519
email: gnman4@yahoo.com

United States Courts
Southern District of Texas
F I L E D

APR 12 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Post Office and Courthouse; 601 Rosenberg, Room 411; Galveston, TX 77550

BRIAN CHANCEY

PLAINTIFF

v.                                          CASE NO. 3:22-cv-34

BASF CORPORATION

DEFENDANT

_____/

## MOTION TO APPOINT SPECIAL MASTER TO
## RESOLVE COURT'S CONFLICT OF INTEREST

Plaintiff moves the court to appoint a special master to assist in the above captioned matter for the reason that an exceptional condition exists whereby the court seeks to impose the same illegal policies as the defendant does in the above captioned case. This district court is also receiving disaster relief compensation and subsidies for practicing these illegal policies, and cannot therefore be expected to act impartially. The plaintiff requests that the court appoint a special master that is not a magistrate and is not another acting judge in any court. The court has the authority to appoint a special master under Rule 53 of the Federal Rules of Civil Procedure.

The following is from the court's policies as stated on its website and signed by Judge Rosenthal on February 24, 2022:

> "Mask wearing and social distancing inside courtrooms and chambers
> is at the discretion of each presiding judicial officer. This order is
> subject to the district-wide policy for the Southern District of Texas

requiring all courthouse employees who work with venire panels and jurors to be both vaccinated and masked." [1]

The home page for the Southern district courts states in bold red lettering:

**Coronavirus Disease 2019 (COVID-19) –**

"The judges in each of the seven divisions in the Southern District are deciding when to conduct jury trials in that division, based on local conditions. Safety is our top priority."[2]

This policy continues to be expressed by the court's General Orders pertaining to the so-called "Coronavirus" with the most recent one being General Order 2021-15 and also SPECIAL ORDER G-2021-2 signed by Judge Brown; which boldly "requires" all court officers who work with juries to get experimental injections and wear masks.

The court's policies are nearly identical to the defendant's.

These policies discriminate based upon the wild speculation that everyone has a disability (contagious disease) and must submit to mitigation measures or be treated for it without his informed consent and without any evidence or diagnosis that anyone has such a contagious disease, without any evidence that any contagious disease even exists and without any evidence of a so-called "pandemic".

As you will discover in the plaintiff's complaint, even with such evidence, these medical interventions cannot be imposed upon anyone without judicial approval based upon actual evidence such as a medical diagnosis (individualized assessment under the criteria set forth in the Americans with Disabilities Act). No laws have changed; claiming there is a pandemic is not a defense to violating federal and state disability laws, public health policy, due process and one's medical privacy rights. Both the defendant and the court share the same, nearly identical, policies and both the defendant and the court are receiving "disaster relief funds" from the same or similar sources for imposing these illegal policies.

Furthermore, federal court judges in general have been intruding upon, and interfering with, plaintiffs around the country who are making similar complaints and thereby causing unjust delays in the proceedings.

---

[1] https://www.txs.uscourts.gov/page/covid-19-special-orders-houstongalveston-division
[2] https://www.txs.uscourts.gov/node

- 2 -
Brian Chancey -Notice to Appoint Special Master

Some judges act as if the complaints are incomprehensible, some judges file *sua sponte* motions to dismiss on behalf of defendants before they are ever served with a summons, and then write orders dismissing these types of cases to frustrate and delay plaintiffs' equal access to the court and justice.  Some judges wrongfully deny applications for fee waivers or refuse to make rulings on them for months at a time so that plaintiffs are delayed justice and denied equal access to the courts.

This conduct by federal court judges is prohibited by the rules of equity, justice and the actual rules of civil procedure, including but not limited to constituting interference and retaliation in violation of Section 504 of the Rehabilitation Act of 1973 as it is imposed by the standards of the Americans with Disabilities Act.  The United States District Court is subject to fines and penalties for these violations, including but not limited to the loss of federal funding.  No federal judge is immune from liability for these violations.

WHEREFORE plaintiff requests the appointment of a special master who can oversee this proceeding and who is not influenced by the court's illegal "Covid-19" policies.

DATED this 11 day of April 2022.

*[signature]*
Brian Chancey, Plaintiff

Brian Chancey
Plaintiff in *Propria Persona*
3117 Encino Avenue
Bay City, Texas  77414
phone: 832-863-4519
email: *gnman4@yahoo.com*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
United States Post Office and Courthouse; 601 Rosenberg, Room 411; Galveston, TX 77550

BRIAN CHANCEY

PLAINTIFF

v.                                               CASE NO.  3:22-CV-34

BASF CORPORATION

DEFENDANT
_____/

**CERTIFICATE OF SERVICE**

   I, Brian Chancey, hereby certify that a true and correct copy of the foregoing was duly served upon the defendant's attorney Ryan Swink at the address of One Allen Center, 500 Dallas Street, Suite 3000; Houston, Texas 77002 via first class mail on this 11 day of April, 2022.

By: *BC*

- 1 -