Brian Chancey
Plaintiff in *Propria Persona*
3117 Encino Avenue
Bay City, Texas 77414
phone: 832-863-4519
email: gnman4@yahoo.com

United States Courts
Southern District of Texas
F I L E D

MAY 1 0 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Post Office and Courthouse; 601 Rosenberg, Room 411; Galveston, TX 77550

BRIAN CHANCEY

PLAINTIFF,

v.                                                    CASE NO. 3:22-cv-34

BASF CORPORATION

DEFENDANT.

_____/

**REPLY TO DEFENSE OPPOSITION TO MOTION TO APPOINT SPECIAL MASTER TO RESOLVE COURT'S CONFLICT OF INTEREST**

Plaintiff moved the court to appoint a special master to assist in the above captioned matter for the reason that an <u>exceptional condition</u> exists whereby the court seeks to impose the same illegal policies as the defendant does in the above captioned case.

The defense opposes this motion and complains that it was not conferred with by the plaintiff prior to the plaintiff making the motion to appoint a special master ("the motion"). The plaintiff contends that a conference was not necessary since the motion has nothing to do with the defense. There are no material facts in dispute. The motion does not affect the other party. The motion does not increase the costs of litigation, it does not create prejudice. In fact, the defendant's "opposition" proves that conferring with the defense on this matter would have been a futile gesture.

The plaintiff is not asking for a special master to handle an accounting issue. The issue is that an <u>exceptional condition</u> (FRCP 53 a(1)(b) (i)) exists in that the court itself has

the same rules (policies and procedures) in place as the defendant; which the plaintiff's complaint contends are in conflict with rights protected under the ADA, the right to informed consent and the right to refuse experimental medical treatments.

The court has similar policies and procedures in effect and plaintiff notes that General Order 2021-15 and also SPECIAL ORDER G-2021-2 were signed by Judge Brown; which boldly "require" all court officers who work with juries to get experimental injections and wear masks. The court's policies are nearly identical to the defendant's which creates the <u>exceptional condition</u> referred to under FRCP 53.

These policies discriminate based upon the wild speculation that everyone has a disability (contagious disease) and must submit to mitigation measures or be treated for it without his informed consent and without any evidence or diagnosis that anyone has such a contagious disease.

Finally, as stated in the motion, the plaintiff does not agree that the Magistrate Judge Andrew Edison is a proper special master in this case because the Magistrate Judge is also beholden to the court's discriminatory, and thus prohibited, "covid policies". The policies and procedures are at issue and plaintiff asks for a neutral special master to be agreed upon and appointed to handle this <u>exceptional condition</u> to resolve the court's conflict of interest.

WHEREFORE plaintiff requests the motion be granted appointing a special master who can oversee this proceeding and who is not influenced by the court's illegal "Covid-19" policies.

DATED this 9 day of May 2022.

_Brian Chancey_
Brian Chancey, Plaintiff

Brian Chancey
Plaintiff in *Propria Persona*
3117 Encino Avenue
Bay City, Texas 77414
phone: 832-863-4519
email: *gnman4@yahoo.com*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

United States Post Office and Courthouse; 601 Rosenberg, Room 411; Galveston, TX 77550

BRIAN CHANCEY

PLAINTIFF

v.                                    CASE NO.  3:22-CV-34

BASF CORPORATION

DEFENDANT
_____/

**CERTIFICATE OF SERVICE**

I, Brian Chancey, hereby certify that a true and correct copy of the foregoing was duly served upon the defendant's attorneys Carolyn Russell and Ryan Swink both at the address of One Allen Center, 500 Dallas Street, Suite 3000; Houston, Texas 77002 via first class mail on this __9__ day of May, 2022.


By: BC

- 1 -