United States District Court
Southern District of Texas
**ENTERED**
June 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIAN CHANCEY, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-34 |
| BASF CORPORATION, | § | |
| Defendant. | § | |

## ORDER DENYING PLAINTIFF'S MOTION TO APPOINT SPECIAL MASTER

Pending before the Court is Plaintiff Brian Chancey's Motion to Appoint Special Master to Resolve Court's Conflict of Interest. Dkt. No. 11. Having considered the pending motion, the Defendant's Response, the record, and the applicable law, the court is of the opinion that the motion should be and is, therefore, DENIED.

Signed on Galveston Island this 15th day of June, 2022.

_____
Hon. Jeffrey V. Brown
United States District Judge